UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                        Plaintiff,        **NOTICE OF APPEARANCE**

      -against-                                              08 MAG 0044

KHUSHNOOD RAJA a/k/a "Hafiz",                (18 U.S.C. § 371)

                                        Defendant.
------------------------------------------------------------X
S I R:

       **PLEASE TAKE NOTICE** that the defendant, KHUSHNOOD RAJA, hereby appears in the above-captioned action, and that the undersigned has been retained as Attorney for said defendant, and demands that a copy of the Complaint and all papers in this action be served upon the undersigned at the post office address stated below.

Dated: Mineola, New York
       May 1, 2008

                                                        Yours, etc.

                                                      /s/
                                                    Lawrence V. Carra', Esq.
                                                    *Attorney for Defendant*
                                                    114 Old Country Road
                                                    Mineola, New York 11501
                                                    516-742-1135